

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00045-CR

| | | |
|---|---|---|
| Adan Martinez | § | From the 371st District Court |
| | § | of Tarrant County (1219208D) |
| v. | § | March 14, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00045-CR

---

ADAN MARTINEZ                                              APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Adan Martinez attempts to appeal from his conviction and fifteen-year sentence for aggravated kidnapping.

The trial court sentenced appellant on October 17, 2011. Because appellant did not file a motion for new trial, his notice of appeal was due November 16, 2011. *See* Tex. R. App. P. 26.2(a)(1). Appellant did not file a notice of appeal until February 1, 2013 (which he mailed on January 28, 2013).

---

[1]*See* Tex. R. App. P. 47.4.

We have received no response to our February 5, 2013 inquiry regarding jurisdiction.

Because appellant did not timely invoke the jurisdiction of this court,[2] we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 14, 2013

---

[2]Even if appellant's notice of appeal had been timely, the trial court's certification of his right to appeal correctly states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2), (d).

3